# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131073

ROBERT AUSLANDER and
CAROL AUSLANDER,
               Plaintiffs-Appellees,

v

ALLAN W. CHERNICK, M.D.,
CARDIOVASCULAR SPECIALISTS, P.C.,
HOWARD S. GOLDBERG, M.D., and
HOWARD S. GOLDBERG, M.D., P.C.,
               Defendants-Appellants.

SC: 131073
COA: 267705
Oakland CC: 2004-061286-NH

_____/

On order of the Court, the application for leave to appeal the March 20, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

d1025